# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS JOSEPH CARETTI JR., | No. 4:17-CV-00268 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| THOMAS J. DOERR, et al., | |
| Defendants. | |

## ORDER

### APRIL 30, 2019

1. On February 13, 2017, Plaintiff filed a Complaint. ECF No. 1.

2. On April 21, 2017, Plaintiff filed an Amended Complaint. ECF No. 8.

3. On April 9, 2019, Magistrate Judge Joseph F. Saporito, Jr. recommended dismissing Plaintiff's complaint as frivolous and for failure to state a claim upon which relief can be granted. Magistrate Judge Saporito also recommended that the case be closed. ECF No. 9.

4. Neither party has objected to that recommendation.

5. This Court has reviewed Magistrate Judge Saporito's Report and Recommendation and has determined that "there is no clear error on the face of the record."[1]

6. Therefore, **IT IS HEREBY ORDERED** that:

   a. Magistrate Judge Saporito's Report and Recommendation, ECF No. 9, is **ADOPTED**,

   b. Plaintiff's Amended Complaint is **DISMISSED** as frivolous and for failure to state a claim upon which relief can be granted, and

   c. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1] *See Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) ("When no timely objection is filed [to a Report and Recommendation], the court need only satisfy itself that there is no clear error on the face of the record in order to accept" it.).